STEPHEN L. TINGLEY, appellant,

*v.*

INTERNATIONAL DYNELECTRON COMPANY et al., respondents.

[Argued June 24th, 1909.   Decided November 15th, 1909.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *74 N. J. Eq. (4 Buch.) 538.*

*Mr. Frank E. Bradner,* for the appellant.

*Mr. Elwood C. Harris,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.